# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMMIE SARTIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15-CV-686-TCK-tlw ) |
| OKLAHOMA DEPARTMENT OF HUMAN SERVICES; JOHN DOES 1-30, unknown individuals employed by Oklahoma Department of Human Services, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT OF DISMISSAL

Based on Plaintiff's failure to serve or identify John Does 1-30, all claims asserted against them are hereby DISMISSED without prejudice.

**SO ORDERED this 17th day of July, 2017.**

_____
**TERENCE KERN**
**United States District Judge**