# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. **JAMMIE SARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 15-CV-686-TCK-TLW |
| | ) | |
| 1. **OKLAHOMA DEPARTMENT OF HUMAN SERVICES,** | ) ) | |
| 2. **JOHN DOES 1-30, unknown individuals Employed by OKLAHOMA DEPARTMENT OF HUMAN SERVICES,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF JAMMIE SARTIN'S
## NOTICE OF APPEAL

NOTICE is hereby given that Jammie Sartin, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment (Dkt.#50) entered on July 17, 2017; and 2) the July 17, 2017 Order (Dkt.#24) Granting Defendant Oklahoma Department of Human Services' Motion for Summary Judgment (Dkt.#49) filed pursuant to FED. R. CIV. P. 56.

Respectfully submitted,
E. ANTHONY MARESHIE, P.L.L.C.

By: /s/ Tony Mareshie
TONY MARESHIE, OBA#18180
P.O. Box 330161
Tulsa, Oklahoma 74133-0161
tulsalegal@gmail.com
Telephone:   (918) 519-3771
Facsimile:   (918) 970-6927
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that on August 8, 2017, a true and correct copy of the above and foregoing Instrument was forwarded to the following as indicated below:

Anastasia Pederson
Assistant General Counsel
P.O. Box 25352
Oklahoma City, OK 73125-0352
*Counsel for Defendant*

/s/ Tony Mareshie
TONY MARESHIE, OBA#18180

2