

**17-5080 Sartin v. Oklahoma Department of Human , et al "Minute Order Filed" (4:15-CV-00686-TCK-TLW)**

ca10_cmecf_notify   to: CM-ECFIntake_OKND   08/21/2017 10:10 AM

From: ca10_cmecf_notify@ca10.uscourts.gov
To: CM-ECFIntake_OKND@oknd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/21/2017 at 9:09:17 AM MDT and filed on 08/21/2017

**Case Name:**    Sartin v. Oklahoma Department of Human, et al
**Case Number:**  17-5080

**Docket Text:**
[10491704] Minute order filed - Notice due that record is complete by 09/15/2017 for Mark C. McCartt, Clerk of Court. (Text Only - No Attachment) [17-5080]

**Notice will be electronically mailed to:**

Mr. John E. Douglas: john.douglas@okdhs.org
Mr. Eric Anthony Mareshie, Sr.: tulsalegal@gmail.com
Anastasia Susan Pederson: stacy.pederson@okdhs.org