FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

September 29, 2017

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| JAMMIE SARTIN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> OKLAHOMA DEPARTMENT OF HUMAN SERVICES; JOHN DOE, sued as John Does 1-30 unknown individuals employed by Oklahoma Department of Human Services, <br><br> Defendants - Appellees. | No. 17-5080 <br> (D.C. No. 4:15-CV-00686-TCK-TLW) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk



Fw: 17-5080 Sartin v. Oklahoma Department of Human , et al "Rule 33 case terminated"
**CA10_Team2**   to: CM-ECF Intake OKND                                      10/02/2017 09:48 AM
Sent by: **Kathy Fabrizio**

| | |
|---|---|
| From: | CA10_Team2/CA10/10/USCOURTS |
| To: | CM-ECF Intake OKND/OKND/10/USCOURTS@USCOURTS |
| Sent by: | Kathy Fabrizio/CA10/10/USCOURTS |
| History: | This message has been replied to. |

----- Forwarded by Kathy Fabrizio/CA10/10/USCOURTS on 10/02/2017 08:48 AM -----

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | |
| Date: | 09/29/2017 04:11 PM |
| Subject: | 17-5080 Sartin v. Oklahoma Department of Human, et al "Rule 33 case terminated" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/29/2017 at 4:11:01 PM MDT and filed on 09/29/2017

| | |
|---|---|
| **Case Name:** | Sartin v. Oklahoma Department of Human, et al |
| **Case Number:** | 17-5080 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10502398] Rule 33 case terminated. Frap 42; Procedural termination without judicial action. [17-5080] (KLP)

**Notice will be electronically mailed to:**

Mr. John E. Douglas: john.douglas@okdhs.org
Ms. Emily B. Fagan: emily.fagan@okdhs.org, ronald.baze@okdhs.org, cynthia.keirsey@okdhs.org, charles.schreck@okdhs.org, bonnie.clift@okdhs.org
Mr. Eric Anthony Mareshie, Sr.: tulsalegal@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Order
**Original Filename:** 17-5080.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/29/2017] [FileNumber=10502398-0]
[76ccaf9015bb07d0e7762cc7fe5751b4a547e4d15141eeabe6a5d1bc7f8f4f9f0252aed54003123d0
c40625c0675e7ef7215815d4b4d92ed23f5cc27375802ff]]


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 10502398
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4158334